E-FILED
Thursday, 11 June, 2026  09:01:59 AM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

|  |  |
|---|---|
| **TANGULA BROWN,**<br><br>　　　　　**Plaintiff,**<br>　　-v-<br><br>**APPFOLIO, INC.,**<br><br>　　　　　**Defendant.** | **Civil Case Number: 2:26-cv-02109-JEH-RLH** |

## NOTICE OF SETTLEMENT

The undersigned counsel for the Plaintiff hereby provides notice to the Court that this matter has been settled as to all of Plaintiff's claims against Defendant in this action. The parties anticipate that the performance of the terms of the settlement agreement will be completed within sixty (60) days of the date of this notice, at which time, the parties shall file a Stipulation of Dismissal with prejudice. It is respectfully requested that the matter be stayed for sixty (60) days to allow all parties to finalize settlement details.

　　　　Dated: June 11, 2026


/s/ Yitzchak Zelman
Yitzchak Zelman, Esq.
MARCUS & ZELMAN, LLC
701 Cookman Avenue, Suite 300
Asbury Park, NJ 07712
Tel: (732) 695-3282
Email: yzelman@marcuszelman.com
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed on June 11, 2026, through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on the date of electronic filing.

/s/ Yitzchak Zelman